UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHATOYA WILLIAMS,

                              Plaintiff,

-v-

FIREQUENCH, INC. d/b/a FIRETRONICS,

                              Defendant.

21 Civ. 4112 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 7, 2021, plaintiff Shatoya Williams filed the complaint, which alleges employment discrimination by the defendant, Firequench, Inc., d/b/a Firetronics ("Firequench"). Dkt. 1. On May 19, 2021, Williams served Firequench with process, making Firequench's deadline to answer or otherwise respond June 9, 2021. *See* Dkt. 5. Firequench did not respond to the complaint or otherwise appear in this action. On June 24, 2021, Williams obtained a Clerk's Certificate of Default. Dkt. 9.

On October 8, 2021, Williams filed a motion for default judgment and supplemental papers. Dkt. 10; *see* Dkt. 13 (re-filed document). On October 12, 2021, the Court ordered Firequench to respond to the complaint and the motion for default judgment by November 2, 2021. Dkt. 11. To date, Firequench has not appeared in this action.

The Court has reviewed Williams's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) and its supporting affidavit and submissions. Dkt. 13. Because proof of service has been filed, Firequench has not answered the complaint, the time for answering the complaint has expired, and Firequench has failed to appear to contest the entry of a default judgment, the Court enters a default judgment for Williams against Firequench.

This case will now be referred to Magistrate Judge James L. Cott for an inquest into damages. Williams shall serve this order on Firequench and file an affidavit reflecting such service on the docket by December 23, 2021.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 16, 2021
       New York, New York