```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
SHATOYA WILLIAMS,                                                  :
                                                                   :       21 Civ. 4112 (PAE) (JLC)
                            Plaintiff,                             :
                                                                   :              ORDER
             -v-                                                   :
                                                                   :
FIREQUENCH INC. d/b/a FIRETRONICS,                                 :
                                                                   :
                            Defendant.                             :
                                                                   :
------------------------------------------------------------------ :
                                                                   X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion to vacate the default judgment in this case. Dkt. 30. Any opposition to this motion is due September 20, 2022. The Court does not invite any reply submissions.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 9, 2022
       New York, New York