UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHATOYA WILLIAMS,

                                        Plaintiff,                        21 Civ. 4112 (PAE)

                        -v-                                                        ORDER

FIREQUENCH, INC. *d/b/a* FIRETRONICS,

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

On December 5, 2022, the Court issued an Opinion and Order (the "Opinion") denying

defendant Firequench, Inc.'s ("Firequench") motion to vacate the default judgment entered

against it in this action.  Dkt. 42.  The Court, in that Opinion, set a deadline of December 12,

2022, for objections to a Report and Recommendation (the "Report") from Judge James L. Cott,

United States Magistrate Judge, for an inquest into damages.  *See id.* at 19.

On December 12, 2022, Firequench appealed the Opinion, Dkt. 43, and filed objections

to the Report, Dkts. 44, 45.

Firequench's appeal appears to be premature and improper in that a final judgment has

not been entered.  Before a final judgment can be entered, the Court must first resolve the issue

of damages, which will entail evaluating the Report and the objections thereto.  Nonetheless, in

the interest of economy, the Court will defer resolving damages while the appeal is pending

before the Second Circuit.  The Court directs the parties to notify the Court by letter within seven

days of the Second Circuit's disposition of the appeal.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 14, 2022
New York, New York