UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHATOYA WILLIAMS,

                                Plaintiff,

-v-

FIREQUENCH, INC. *d/b/a* FIRETRONICS,

                                Defendant.

21 Civ. 4112 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 12, 2022, defendant Firequench, Inc. *d/b/a* Firetronics ("Firequench") appealed to the United States Court of Appeals for the Second Circuit the Court's December 5, 2022 opinion denying Firequench's motion to vacate the default judgment entered against it in this matter. Dkt. 43; *see also* Dkt. 42. On December 13, 2022, the Court, in light of the appeal, stayed this matter. Dkt. 46.

On June 13, 2023, the Second Circuit's mandate issued, granting Firequench's motion to withdraw its appeal. Dkt. 55. In that motion, Firequench stated that "[u]pon careful consideration, it appears that [its] appeal is premature in that a final judgment has not been entered in the underlying matter." *See Williams v. Firequench*, 22-3136-cv, Dkt. 46 at 2.

The Court now resumes management of the case. The period for objections from either party to Judge Cott's August 29, 2022 Report and Recommendation, Dkt. 24, closed on December 12, 2022. On December 12, 2022, Firequench filed its objections. *See* Dkt. 44; *see also* Dkt. 45 (re-filed). Williams did not file any objections. Accordingly, with the case reopened today, Williams's deadline to respond to Firequench's objections is June 27, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 13, 2023
       New York, New York